AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

FILED
CLERK, U.S. DISTRICT COURT

July 15, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: KD   DEPUTY

JORGE BARRERA
*Plaintiff*
v.
JAGUAR LAND ROVER NORTH AMERICA, LLC
*Defendant*

Civil Action No. 5:19-CV-00847-DOC-SHK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* JORGE BARRERA recover from the defendant *(name)* JAGUAR LAND ROVER NORTH AMERICA, LLC the amount of $155,185.51 dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge DAVID O. CARTER on a motion for Attorney's Fees, Costs, and Expenses.

Date: July 15, 2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*